THE BANK OF THE UNITED STATES, Respondent, v. AMERICAN UNION BANK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to strike out items 4, 5, 6 and 7 of the notice of examination of defendant before trial granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

CHARLES CAMPBELL, Respondent, v. EARL W. CARDER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

OSKAR NARDLING, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY JACOBS, Defendant, Impleaded with HARRY KATZ, Surety, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

CLARENCE DINKELSPIEL, Appellant, v. THE MENTER Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

KLEIN-MESSNER Co., INC., Respondent, v. THE FAIR WAIST & DRESS Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the complaint does not set forth a cause of action for goods sold and accepted. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

LENA DOSHAY and Another, Respondents, v. JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

In the Matter of Supplementary Proceedings: FRANCIS R. STODDARD, JR., Superintendent of Insurance of the State of New York, as Liquidator of the STANDARD AUTOMOBILE MUTUAL CASUALTY COMPANY, Respondent, v. HERMAN MIRENBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, etc., Respondent, v. EHLER MEYER and Others, as Executors, etc., Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MARY ELIZABETH McCOLGAN, as Executrix, etc., Appellant, v. HARRY DODDS, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

LILA B. RISHEL, Respondent, v. WARREN K. RISHEL, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.